# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. MARTINEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>PEOPLE OF THE STATE,<br><br>            Defendant. | Case No.  1:15-cv-01541-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE<br><br>THIRTY DAY DEADLINE |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 7, 2015, Plaintiff filed a complaint in this action.  However, Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk is directed to provide Plaintiff with an application to proceed in forma pauperis by a prisoner;

2. Within thirty (30) days from the date of service of this order, Plaintiff shall either file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

3. The failure to comply with this order will result in dismissal of this action, without

1

1 | prejudice.

IT IS SO ORDERED.

Dated: **October 16, 2015**

UNITED STATES MAGISTRATE JUDGE